ACCEPTED
03-14-00331-CV
3938099
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 4:16:48 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00331-CV

Tr Ct No. C-1-CV-13-002354

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 4:16:48 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS

**Randolph A. Lopez d/b/a Brown Hand Center and d/b/a Brown Medical Center,** *appellant*

**v.**

**Cox Texas Newspapers, L.P. d/b/a Austin American-Statesman,** *appellee*

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

TO THE THIRD COURT OF APPEALS:

Appellee, Cox Texas Newspapers, L.P. d/b/a Austin American-Statesman, files this motion for extension of time to file Appellee's Brief under Rules 10.1, 10.5(b), and 38.6(d) of the Texas Rule of Appellate Procedure, and requests the Court to extend the deadline for filing the appellants' brief from January 16, 2015 until January 28, 2015. In support of this motion appellee shows:

### I.

This is an appeal from the grant of a motion for summary judgment on a suit to collect on a note. Appellant's Brief was filed on December 15, 2014.

1

II.

This is appellee's first request for an extension of time to file Appellee's Brief.

III.

The undersigned Timothy Hootman, who is primarily responsible for preparing Appellee's Brief, was busy preparing the brief in No. 03-14-00470-CV, *Chavez v. Martinez* (which was filed on January 11, 2015), and had underestimate the time need to complete the brief in this case, and therefore requests the additional 12 days. The Appellee's Brief has been filed contemporaneously with this motion.

WHEREFORE, appellee, Cox Texas Newspapers, L.P. d/b/a Austin American-Statesman, prays that the time to file Appellee's Brief be extended from to January 16, 2015, until January 28, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman, SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (f)
E-mail: thootman2000@yahoo.com

Bill Malone, Jr., SBN 12877500
8650 Spicewood Springs, No 145-598
Austin, TX 78759
512.346.9600

ATTORNEYS FOR APPELLEE

2

**CERTIFICATE OF SERVICE**

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

Isaac J. Huron
Ramon Rodriguez
Davis, Cedillo & Mendoza
755 E. Mulberry Ave, Ste 500
San Antonio, TX 78212

Dated: January 28, 2015.

/s/Timothy A. Hootman
Timothy A. Hootman

**CERTIFICATE OF CONFERENCE**

The undersigned has attempted to communicate with appellant's lawyers, Issac Huron and Ramon Rodriguez by sending them emails to both email addresses that appear on Appellant's Brief. In the emails the undersigned asked whether they are opposed to this motion. The undersigned has not yet received a response.

/s/ Timothy A. Hootman
TIMOTHY A. HOOTMAN